SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave.
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
LAMAR MYERS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LAMAR MYERS,

Plaintiff,

vs.

TONY'S DETAIL LAND 2 CORPORATION; AMUSEMENT REPURPOSE OF WESTLAND LLC; and DOES 1 to 10,

Defendants.

**Case No.: 2:26-cv-09342-RGK-SSCx**

DECLARATION OF PLAINTIFF IN SUPPORT OF PLAINTIFF'S OSC RESPONSE RE: SUPPLEMENTAL JURISDICTION

DECLARATION OF PLAINTIFF

1. I am the Plaintiff in this matter and, in that capacity, am familiar with the contents herein and if called and duly sworn, could competently testify to them.

2. I have filed a total of more than 10 complaints alleging a construction-related accessibility violation within the 12-month period immediately preceding the filing of the current complaint, which alleges a construction-related accessibility violation.

3. In the filing of these complaints, I have not been the client of a qualified legal services project or a qualified support center, as defined in section 6213 of the California Business and Professions Code.

4. It is, therefore, my understanding that I qualify as a high-frequency litigant as that term is used by California law.

5. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge.

I declare under penalty of perjury under the laws of the United States and the laws of the State of California that the foregoing is true and correct. Executed on September 18, 2026, at Los Angeles, California.

LAMAR MYERS